UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WALLACE TANG, Individually, and d/b/a BLUE SKY ENGINEERING, INC., CASSINDY SINE CHAO, Individually, and d/b/a LASERLITH CORP.; and GINA KIM, Individually, and d/b/a BLACK HILLS NANOSYSTEMS CORP.,<br><br>　　　　Defendants. | Civ. No. 19-4029- KES<br><br><br>ADMISSION OF SERVICE |

NOTICE

TO:   **DEFENDANTS above named**:

The enclosed Summons and Complaint are served pursuant to Rule 4(i)(1)(A) of the Fed. R. Civ. P. and S.D.C.L. § 15-6-4.

You must complete the acknowledgment part of this form and return one copy of the completed form to the sender within 60 days.

You must sign and date the admission. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within 60 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a Summons and Complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the Complaint within 60 days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

I hereby certify that this Notice and Admission of Service was mailed via US mail on February 8, 2019, and emailed on February 13, 2019.

>RONALD A. PARSONS, JR.
>United States Attorney
>
>*Cheryl S. Dupris*
>
>CHERYL SCHREMPP DUPRIS
>Assistant U.S. Attorney
>P.O. Box 7240
>Pierre, SD 57501
>(605) 224-5402
>Cheryl.dupris@usdoj.gov
>
>Attorney for Plaintiff
>United States of America

### ADMISSION OF SERVICE OF SUMMONS AND COMPLAINT

Personal service of the enclosed Summons and Complaint is hereby admitted by receipt of copies thereof at __Gibson, Dunn & Crutcher, via Email__ this 13th day of __February__, 2019.

_____
Michael Wong, Defendant Attorney

Relationship to Entity/
Authority to Receive Service of Process

Date of Signature __02/26/2019__

2