UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WALLACE TANG, ET AL.,<br><br>Defendants. | CIV. 4:19-CV-4029<br><br>**DEFENDANT LASERLITH CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Laserlith Corporation, by and through counsel, hereby states that (i) Laserlith Corporation has no parent corporation, and (ii) no publicly held company owns more than 10% of Laserlith Corporation's stock.

Dated at Sioux Falls, South Dakota, this 21st day of February, 2020.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

 */s/ Joel R. Rische*

Joel R. Rische
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone:  (605) 336-2880
Facsimile:  (605) 335-3639
E-mail:  jrische@dehs.com
*Attorneys for Laserlith Corp. and Sine Chao*

Stephen W. Henrick
Gibson, Dunn & Crutcher, LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone:  (415) 393-8200
Facsimile:  (415) 229-3507
E-mail:  SHenrick@gibsondunn.com
*Attorneys for Laserlith Corp. and Sine Chao*