UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>WALLACE TANG, ET AL.,<br><br>       Defendants. | CIV. 4:19-CV-4029<br><br>**DEFENDANT LASERLITH CORPORATION'S CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Laserlith Corporation, by and through counsel, hereby states that (i) Laserlith Corporation has no parent corporation, and (iii) no publicly held company owns more than 10% of Laserlith Corporation's stock.

    Dated at Sioux Falls, South Dakota, this 8th day of May, 2020.

                              DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

                              /s/ Joel R. Rische
                              _____
                              Joel R. Rische
                              206 West 14th Street
                              PO Box 1030
                              Sioux Falls, SD 57101-1030
                              Telephone:  (605) 336-2880
                              Facsimile:  (605) 335-3639
                              E-mail:  jrische@dehs.com

                              Michael Li-Ming Wong (Pro Hac Vice)
                              Stephen W. Henrick (Pro Hac Vice)
                              Gibson, Dunn & Crutcher LLP
                              555 Mission Street, Suite 3000
                              San Francisco, CA 94304-1211
                              415.393.8200
                              mwong@gibsondunn.com
                              shenrick@gibsondunn.com
                              *Attorneys for Laserlith Corp. and Sine Chao*