UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>WALLACE TANG, Individually, and d/b/a BLUE SKY ENGINEERING, INC.; CASSINDY SINE CHAO, Individually, and d/b/a LASERLITH CORP.; and GINA KIM, Individually, and d/b/a BLACK HILLS NANOSYSTEMS CORP.;<br><br>        Defendants. | 4:19-CV-04029-KES<br><br><br>**DEFENDANTS' DISCOVERY REPORT** |

COME NOW the Defendants in the above-captioned action, by and among their respective counsels of record, and hereby submit this Discovery Report of the court-ordered meeting required pursuant to Fed. R. Civ. P. 26(f). Defendants are filing separately because the United States declined to include the following sentences in the last paragraph of Item 4: "Defendants further posit that the identity of a corporate officer entering a guilty plea on behalf of an entity is of no legal significance in a civil matter. The Government's insistence on mentioning the identity of the corporate officers is misleading." Ms. Chao and Ms. Kim did not individually plead guilty to any criminal offenses in this matter. Nor were they ever charged with having committed any criminal

offenses.  The parties agreed to the remainder of the discovery plan as detailed in the Discovery Report the United States filed.

**ATTORNEYS FOR WALLACE TANG AND BLUE SKY ENGINEERING, INC.**

Date: June 23, 2020.

Timothy Billion
Robins Kaplan LLP
140 North Phillips Avenue Suite 307
Sioux Falls, SD 57104
605.335.1300
605.740.7199
tbillion@robinskaplan.com

Thomas Carlucci
Megan Curran
Foley & Lardner, LLP
555 California Street, Suite 1700
San Francisco, CA 94104
415.434.4484
415.434.4507
tcarlucci@foley.com
mcurran@foley.com

2

**ATTORNEYS FOR GINA KIM AND BLACK HILLS NANOSYSTEMS CORPORATION**

Date: June 23, 2020.

Timothy W. Billion
Robins Kaplan, L.L.P.
140 North Phillips Avenue, Suite 307
Sioux Falls, SD 57104
605.335.1330
tbillion@robinskaplan.com

Randall S. Luskey
Derek Wetmore
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
415.773.5700
rluskey@orrick.com
dwetmore@orrick.com

3

**ATTORNEYS FOR SINE CHAO AND
LASERLITH CORPORATION**

Date: _June 23_, 2020.

_____
Joel R. Rische
Davenport, Evans, Hurwitz & Smith,
L.L.P.
206 West 14th Street
P.O. Box 1030
Sioux Falls, SD 57101-1030
605.357.1259
jrische@dehs.com

_____
Michael Li-Ming Wong
Stephen W. Henrick
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94304-1211
415.393.8200
mwong@gibsondunn.com
shenrick@gibsondunn.com