UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>WALLACE TANG, Individually, and d/b/a BLUE SKY ENGINEERING, INC.; CASSINDY SINE CHAO, Individually, and d/b/a LASERLITH CORP.; and GINA KIM, Individually, and d/b/a BLACK HILLS NANOSYSTEMS CORP.;<br><br>    Defendants. | 4:19-CV-04029-KES<br><br><br>**STIPULATION FOR DISMISSAL AS TO WALLACE TANG, INDIVIDUALLY AND OWNER OF BLUE SKY ENGINEERING, INC.** |

Plaintiff, United States, and Defendant Wallace Tang, Individually and as Owner, President and Director of Blue Sky Engineering, Inc., by and through their attorneys, hereby stipulate and agree as follows:

1. That the United States entered into a Settlement Agreement with Wallace Tang, Individually, and as Owner, President and Director of Blue Sky Engineering, Inc., which was filed with the Court on July 10, 2020. Docket 40.

2. That this action may be dismissed against Wallace Tang, Individually and as Owner, President and Director Blue Sky Engineering, Inc., with prejudice as to the Covered Conduct released in the Settlement Agreement, without prejudice as to any other claims, and subject to the terms of the Settlement Agreement.

3. That the Court may enter an Order of Dismissal consistent with this Stipulation and the terms of the Settlement Agreement without further notice or proceeding.

4. That the Court retains jurisdiction over the parties to the extent necessary to enforce the terms and conditions of the Settlement Agreement.

5. That each party bear its own fees, costs, and expenses associated with the above-captioned matter.

DATE: 7-27-20

*Megan Curran* (signature)
Thomas F. Carlucci
Megan Curran
Counsel for Wallace Tang
555 California Street LLP
San Francisco, CA 94104
(415) 434-4484

DATE: 7/16/20

*BW* (signature)
Timothy W. Billion
Local Counsel for Debtor
140 North Phillips Avenue
Sioux Falls, SD 57104
(605) 335-1300

DATE: 8/5/2020

RONALD A. PARSONS, JR.
United States Attorney

*Cheryl Schrempp DuPris* (signature)
Cheryl Schrempp DuPris
Assistant United States Attorney
P.O. Box 7240
225 South Pierre Street
Pierre, South Dakota, 57501
(605) 224-5402
Cheryl.Dupris@usdoj.gov

2