UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>GINA KIM, individually and as an officer of Black Hills Nanosystems Corp.,<br><br>   Defendant. | 4:19-CV-04029-KES<br><br><br>JUDGMENT |

Under the joint stipulation for dismissal as to Gina Kim, individually and as an officer of Black Hills Nanosystems Corp., (Docket 51), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice as to the covered conduct released in the parties' settlement agreement, and without prejudice as to any other claims, subject to the terms of the settlement agreement. The parties shall bear their own costs, expenses, and attorney fees.

Dated September 29, 2020.

             BY THE COURT:

             /s/ *Karen E. Schreier*
             KAREN E. SCHREIER
             UNITED STATES DISTRICT JUDGE