UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>WALLACE TANG, ET AL.,<br><br>            Defendants. | CIV. 4:19-CV-4029<br><br>**DEFENDANT SINE CHAO'S UNOPPOSED MOTION TO CORRECT THE CAPTION** |

Defendant Sine Chao, individually and d/b/a Laserlith Corporation (Defendant), by and through the undersigned counsel of record, hereby move this Court pursuant to Fed. R. Civ. P. 60(a) to correct the Caption in this action:

1. Plaintiff United States of America named "Cassindy Sine Chao" as a defendant in this action.

2. Ms. Chao's legal name is in fact Sine Chao, and the name "Cassindy" is an informal nickname that is not part of Ms. Chao's legal name.

3. Counsel for Ms. Chao has brought this discrepancy to the attention to counsel for the United States of America, and the United States has no objection to correcting the caption and record in this matter to properly identify Ms. Chao.

4. Good cause exists to correct the record to ensure that Ms. Chao is correctly identified in this action.

WHEREFORE Defendant Sine Chao hereby moves the caption be corrected to strike "Cassindy" from the caption and properly identify her as "Sine Chao."

Dated at Sioux Falls, South Dakota, this 6th day of October, 2020.

Respectfully submitted,

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

/s/ Joel R. Rische
_____
Joel R. Rische
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
E-mail: jrische@dehs.com

Stephen W. Henrick (Pro Hac Vice)
Michael Li-Ming Wong (Pro Hac Vice)
Gibson, Dunn & Crutcher, LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 229-3507
E-mail: SHenrick@gibsondunn.com
E-mail: MWong@gibsondunn.com

*Attorneys for Laserlith Corp. and Sine Chao*