UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WALLACE TANG, ET AL.,<br><br>　　　　　Defendants. | CIV. 4:19-CV-4029<br><br>**DEFENDANT SINE CHAO'S UNOPPOSED MOTION TO CORRECT SEVERAL DOCKET ENTRIES** |

　　　　Defendant Sine Chao, individually and d/b/a Laserlith Corporation (Defendant), by and through undersigned counsel of record, hereby moves this Court pursuant to Fed. R. Civ. P. 60(a) to correct several docket entry descriptions in this action:

　　　　1.　　The Court previously granted Ms. Chao's unopposed motion to correct the Caption in this action.  ECF 56.

　　　　2.　　Notwithstanding this correction, the descriptions of docket entries 4, 6, 7, 8, 9, 10, 11, 25, 28, 30, 31, 33, 34, 37, and 55 identify Ms. Chao by names other than "Sine Chao."

　　　　3.　　Counsel for Ms. Chao has brought this variance to the attention to counsel for the United States of America, and the United States has no objection to correcting the descriptions of the docket entries and the record in this matter to properly identify Ms. Chao as Sine Chao.

　　　　4.　　Good cause exists to correct the record to ensure that Ms. Chao is correctly identified in this action.

　　　　WHEREFORE, Defendant Sine Chao hereby moves that the descriptions of docket entries 4, 6, 7, 8, 9, 10, 11, 25, 28, 30, 31, 33, 34, 37, and 55 be corrected to identify Ms. Chao as "Sine Chao."

Dated at Sioux Falls, South Dakota, this 9th day of October, 2020.

    Respectfully submitted,

    DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

    /s/ Joel R. Rische
    _____

    Joel R. Rische
    206 West 14th Street
    PO Box 1030
    Sioux Falls, SD 57101-1030
    Telephone:  (605) 336-2880
    Facsimile:  (605) 335-3639
    E-mail:  jrische@dehs.com

    Stephen W. Henrick (Pro Hac Vice)
    Michael Li-Ming Wong (Pro Hac Vice)
    Gibson, Dunn & Crutcher, LLP
    555 Mission Street, Suite 3000
    San Francisco, CA 94105-0921
    Telephone:  (415) 393-8200
    Facsimile:  (415) 229-3507
    E-mail:  SHenrick@gibsondunn.com
    E-mail: MWong@gibsondunn.com

    *Attorneys for Laserlith Corp. and Sine Chao*