UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SINE CHAO, Individually, and d/b/a LASERLITH CORP.,<br><br>Defendant. | 4:19-CV-04029-KES<br><br>**STIPULATION FOR DISMISSAL AS TO SINE CHAO, INDIVIDUALLY, AND AS OWNER, PRESIDENT AND OFFICER OF LASERLITH CORPORATION** |

Plaintiff, United States, and Defendant, Sine Chao, Individually, and as Owner, President and Principal Corporate Officer of Laserlith Corporation, (hereafter referred to as Chao), through their attorneys, hereby stipulate and agree as follows:

1. That the United States entered into a Settlement Agreement with Chao, which is being filed with the Court.

2. That subject to the terms of the Settlement Agreement, this action may be dismissed against Chao, with prejudice as to the Covered Conduct released in the Settlement Agreement, and without prejudice as to any other claims.

3. That the Court may enter an Order of Dismissal consistent with this Stipulation and the terms of the Settlement Agreement without further notice or proceeding.

4. That the Court retains jurisdiction over the parties to the extent necessary to enforce the terms and conditions of the Settlement Agreement.

5. That each party bear its own fees, costs, and expenses associated with the above-captioned matter.

DATE: Oct. 7, 2020         _____
                           Joel R Rische
                           Davenport, Evans, Hurwitz & Smith, L.L.P.
                           P.O. Box 1030
                           Sioux Falls, SD 57101-1030
                           605-357-1259
                           jrische@dehs.com


DATE: _____       _____
                           Michael Li-Ming Wong (Pro Hac Vice)
                           Stephen W. Henrick (Pro Hac Vice)
                           Gibson, Dunn & Crutcher LLP
                           555 Mission Street, Suite 3000
                           San Francisco, CA 94304-1211
                           415.393.8200
                           mwong@gibsondunn.com
                           shenrick@gibsondunn.com


                           RONALD A. PARSONS, JR.
                           United States Attorney


DATE:_____        _____
                           Cheryl Schrempp DuPris
                           Ellie J. Bailey
                           Assistant United States Attorneys
                           P.O. Box 7240
                           225 South Pierre Street
                           Pierre, South Dakota, 57501
                           (605) 224-5402
                           Cheryl.Dupris@usdoj.gov
                           Ellie.Bailey@usdoj.gov

2

5.  That each party bear its own fees, costs, and expenses associated with the above-captioned matter.

DATE: _____

                        Joel R Rische
                        Davenport, Evans, Hurwitz & Smith, L.L.P.
                        P.O. Box 1030
                        Sioux Falls, SD 57101-1030
                        605-357-1259
                        jrische@dehs.com

DATE: 10/7/2020

                        */s/ Michael Li-Ming Wong*
                        Michael Li-Ming Wong (Pro Hac Vice)
                        Stephen W. Henrick (Pro Hac Vice)
                        Gibson, Dunn & Crutcher LLP
                        555 Mission Street, Suite 3000
                        San Francisco, CA 94304-1211
                        415.393.8200
                        mwong@gibsondunn.com
                        shenrick@gibsondunn.com


                        RONALD A. PARSONS, JR.
                        United States Attorney

DATE: 10/30/2020

                        */s/ Cheryl Schrempp DuPris*
                        Cheryl Schrempp DuPris
                        Ellie J. Bailey
                        Assistant United States Attorneys
                        P.O. Box 7240
                        225 South Pierre Street
                        Pierre, South Dakota, 57501
                        (605) 224-5402
                        Cheryl.Dupris@usdoj.gov
                        Ellie.Bailey@usdoj.gov