UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SINE CHAO, Individually, and d/b/a LASERLITH CORP.,<br><br>Defendant. | 4:19-CV-04029-KES<br><br>**STIPULATION FOR DISMISSAL AS TO SINE CHAO, INDIVIDUALLY, AND AS OWNER, PRESIDENT AND OFFICER OF LASERLITH CORPORATION** |

Plaintiff, United States, and Defendant, Sine Chao, Individually, and as Owner, President and Principal Corporate Officer of Laserlith Corporation, (hereafter referred to as Chao), through their attorneys, hereby stipulate and agree as follows:

1. That the United States entered into a Settlement Agreement with Chao, which is being filed with the Court.

2. That subject to the terms of the Settlement Agreement, this action may be dismissed against Chao, with prejudice as to the Covered Conduct released in the Settlement Agreement, and without prejudice as to any other claims.

3. That the Court may enter an Order of Dismissal consistent with this Stipulation and the terms of the Settlement Agreement without further notice or proceeding.

4. That the Court retains jurisdiction over the parties to the extent necessary to enforce the terms and conditions of the Settlement Agreement.

5.  That each party bear its own fees, costs, and expenses associated with the above-captioned matter.

DATE: Oct. 7, 2020

_____
Joel R Rische
Davenport, Evans, Hurwitz & Smith, L.L.P.
P.O. Box 1030
Sioux Falls, SD 57101-1030
605-357-1259
jrische@dehs.com


DATE: _____

_____
Michael Li-Ming Wong (Pro Hac Vice)
Stephen W. Henrick (Pro Hac Vice)
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94304-1211
415.393.8200
mwong@gibsondunn.com
shenrick@gibsondunn.com


RONALD A. PARSONS, JR.
United States Attorney


DATE:_____

_____
Cheryl Schrempp DuPris
Ellie J. Bailey
Assistant United States Attorneys
P.O. Box 7240
225 South Pierre Street
Pierre, South Dakota, 57501
(605) 224-5402
Cheryl.Dupris@usdoj.gov
Ellie.Bailey@usdoj.gov

2

5. That each party bear its own fees, costs, and expenses associated with the above-captioned matter.

DATE: _____

                            Joel R Rische
                            Davenport, Evans, Hurwitz & Smith, L.L.P.
                            P.O. Box 1030
                            Sioux Falls, SD 57101-1030
                            605-357-1259
                            jrische@dehs.com

DATE: 10/7/2020

Michael Li-Ming Wong (Pro Hac Vice)
Stephen W. Henrick (Pro Hac Vice)
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94304-1211
415.393.8200
mwong@gibsondunn.com
shenrick@gibsondunn.com


RONALD A. PARSONS, JR.
United States Attorney

DATE: 10/30/2020

Cheryl Schrempp DuPris
Ellie J. Bailey
Assistant United States Attorneys
P.O. Box 7240
225 South Pierre Street
Pierre, South Dakota, 57501
(605) 224-5402
Cheryl.Dupris@usdoj.gov
Ellie.Bailey@usdoj.gov

2