UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SINE CHAO, Individually, and d/b/a LASERLITH CORP.,<br><br>Defendant. | 4:19-CV-04029-KES<br><br>**ORDER OF DISMISSAL AS TO SINE CHAO, INDIVIDUALLY, AND AS OWNER, PRESIDENT AND OFFICER OF LASERLITH CORPORATION** |

Pursuant to a joint stipulation for dismissal (Docket 61) and a Settlement Agreement (Docket 59), between Plaintiff, United States of America, and Defendant Sine Chao, it is

ORDERED, ADJUDGED AND DECREED that Defendant Sine Chao, Individually, and as Owner, President and Officer of Laserlith Corporation, is dismissed as a party to this action, with prejudice as to the Covered Conduct released in the Settlement Agreement, without prejudice as to any other claims, and subject to the terms of the Settlement Agreement; and it is further

ORDERED, ADJUDGED AND DECREED that this Court retains jurisdiction to the extent necessary to enforce the terms and conditions of the Settlement Agreement; and it is further

ORDERED, ADJUDGED AND DECREED that each party bear its own fees, costs, and expenses associated with the above-captioned matter.

Dated this 30th day of October, 2020.

_____
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE