UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WALLACE TANG, Individually, and d/b/a BLUE SKY ENGINEERING, INC., and SINE CHAO, Individually, and d/b/a/ LASERLITH CORP.,<br><br>Defendants. | 4:19-CV-04029-KES<br><br><br>JUDGMENT |

Under the joint stipulation for dismissal as to Wallace Tang, individually and as owner of Blue Sky Engineering, Inc. (Docket 42), and under the joint stipulation for dismissal as to Sine Chao, individually, and as owner, president, and officer of Laserlith Corporation (Docket 61), it is

ORDERED, ADJUDGED, AND DECREED that the above-entitled action is dismissed with prejudice as to the covered conduct released in the parties' settlement agreement, and without prejudice as to any other claims, subject to the terms of the settlement agreement. The parties shall bear their own costs, expenses, and attorney fees.

Dated November 3, 2020.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE